**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
FEB 01 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                          INDICTMENT NO. 5:24-CR-12-KKC-MAS

**MARK D. EASLEY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### BACKGROUND

1. At all relevant times, **MARK D. EASLEY** was a farmer in Nicholas County, Kentucky, in the Eastern District of Kentucky.

2. In October 2016, **EASLEY** and A.E., his wife at the time, obtained loan number 1305148900, a line of credit, in the amount of $113,125.00 from Farm Credit Mid-America. The maturity date of the loan was October 1, 2017. The line of credit was secured by certain collateral.

3. In July 2017, **EASLEY** and A.E., obtained loan number 1305148900, a line of credit, in the amount of $215,000.00 from Farm Credit Mid-America. The maturity date of the loan was October 1, 2018. The line of credit was secured by certain collateral.

4. In October 2018, **EASLEY** obtained loan number 1305148900, a line of credit, in the amount of $215,000.00 from Farm Credit Mid-America. The maturity date of the loan was October 1, 2019. The line of credit was secured by certain collateral.

## COUNT 1
## 18 U.S.C. § 1014

5. The allegations contained in the Background section of this Indictment are incorporated by reference as if fully restated and set forth herein.

6. Between the dates of October 15, 2019 and November 20, 2019, in Nicholas County, in the Eastern District of Kentucky and elsewhere,

### MARK D. EASLEY

knowingly made false statements and reports for the purpose of influencing, in any way, Farm Credit Mid America, upon an application, advance, commitment, and loan, when he stated that he owned cattle that were to be used as collateral for a $215,000.00 operating line of credit for which he applied.

All in violation of 18 U.S.C. § 1014.

## COUNT 2
## 18 U.S.C. § 658

7. The allegations contained in the Background section of this Indictment are incorporated by reference as if fully restated and set forth herein.

8. Between October 15, 2019 and December 1, 2020, in Nicholas County, in the Eastern District of Kentucky, and elsewhere,

### MARK D. EASLEY,

with the intent to defraud, knowingly concealed, removed, disposed of, and converted to his own use, and to that of another, property mortgaged or pledged to, and held by, Farm Credit Mid-America, namely cattle and equipment, valued at more than $1,000, that had

been pledged as collateral in order to secure a line of credit obtained by the Defendant from Farm Credit Mid-America.

All in violation of 18 U.S.C. § 658.

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 982(a)(2)(A)
### 18 U.S.C. § 981(a)(1)(C)
### 28 U.S.C. § 2461

9. By virtue of the commission of the offenses alleged above, **MARK D. EASLEY** shall forfeit to the United States any and all property, real or personal, which constitutes or is derived from proceeds traceable to the violations of 18 U.S.C. §§ 1014 and 658. Any and all interest that **MARK D. EASLEY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 982(a)(2)(A) and 981(a)(1)(C) and 28 U.S.C. § 2461.

10. The property to be forfeited includes, but is not limited to, the following:

**MONEY JUDGMENT:**
A forfeiture money judgment in the amount of proceeds obtained by the Defendant as a result of the offenses.

11. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████
FOREPERSON

*signature*
_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:**   Not more than 30 years imprisonment, $1,000,000 fine, and 5 years supervised release.

**COUNT 2:**   Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution.